UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Optimus Hospitalists & Pediatric
Subspecialists, Ltd

          Plaintiff,

v.           Case No.: 1:16−cv−07760

          Honorable Rebecca R. Pallmeyer

Franciscan Alliance, Inc.

          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 4, 2016:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Initial status hearing set for 10/4/2016 at 9:00 AM, courtroom 2141. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.