IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OPTIMUS HOSPITALISTS & PEDIATRIC SUBSPECIALISTS, LTD d/b/a MIDWEST NEOPED ASSOCIATES, LTD., an Illinois limited company, <br><br> Plaintiff, <br><br> v. <br><br> FRANCISCAN ALLIANCE, INC. d/b/a FRANCISCAN ST. JAMES HEALTH f/k/a SISTERS OF ST. FRANCIS HEALTH SERVICES, INC. d/b/a ST. JAMES HOSPITAL AND HEALTH CENTERS, an Indiana corporation, <br><br> Defendant. | Case No. 16 cv 07760 <br><br> District Judge : Hon. Rebecca R. Pallmeyer |

**JOINT PROPOSED DISCOVERY SCHEDULE**

1. Complete third-party discovery by December 5, 2018;

2. Complete fact depositions by both parties by March 12, 2019;

3. Plaintiff to disclose Plaintiff's experts' reports by April 26, 2019;

4. Defendant to disclose Defendant's experts' reports by May 28, 2019;

5. Plaintiff's experts' depositions to be completed by June 27, 2019;

6. Defendant's experts' depositions to be completed by July 29, 2019;

7. Dispositive motions to be filed by September 12, 2019;

8. Plaintiff's proposed pretrial order to be provided to defendant by October 14, 2019;

9. Joint pretrial order to be filed by October 21, 2019, to be followed by either a status date or trial date.

| | |
|---|---|
| OPTIMUS HOSPITALISTS & PEDIATRIC SUBSPECIALISTS, LTD d/b/a MIDWEST NEOPED ASSOCIATES, LTD., an Illinois limited company, Plaintiff<br><br>By: /s/ Robert McKenna Winter<br>Robert McKenna Winter (3122228)<br>Robbins Salomon & Patt, Ltd.<br>180 N. LaSalle Street, Suite 3300<br>Chicago, Illinois 60601<br>rwinter@rsplaw.com | FRANCISCAN ALLIANCE, INC. d/b/a FRANCISCAN ST. JAMES HEALTH f/k/a SISTERS OF ST. FRANCIS HEALTH SERVICES, INC. d/b/a ST. JAMES HOSPITAL AND HEALTH CENTERS, an Indiana corporation, Defendant<br><br>By: /s/ Dan Broderick<br>Dan Broderick<br>Cassiday Schade<br>20 North Wacker Drive, Suite 1000<br>Chicago IL 60606<br>dbroder@cassiday.com |