UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Optimus Hospitalists & Pediatric
Subspecialists, Ltd

Plaintiff,

v.  Case No.: 1:16−cv−07760
Honorable Rebecca R. Pallmeyer

Franciscan Alliance, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 8, 2019:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: Joint discovery schedule [88] entered as follows: Complete third−party discovery by 2/27/2019; Complete fact depositions by both parties by 4/30/2019; Plaintiff to disclose Plaintiff's experts' reports by 6/10/2019; Defendant to disclose Defendant's experts' reports by 7/11/2019; Plaintiff's experts' depositions to be completed by 8/12/2019; Defendant's experts' depositions to be completed by 9/12/2019; Dispositive motion to be filed by 10/28/2019; Plaintiff's proposed pretrial order to be provided to defendant by 12/2/2019; Joint Pretrial Order to be filed by 12/10/2019. Status hearing set for 3/21/2019 is stricken and re−set to 4/15/2019 at 9:00 AM. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.