IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OPTIMUS HOSPITALISTS & PEDIATRIC SUBSPECIALISTS, LTD d/b/a MIDWEST NEOPED ASSOCIATES, LTD., an Illinois limited company,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCAN ALLIANCE, INC. d/b/a FRANCISCAN ST. JAMES HEALTH f/k/a SISTERS OF ST. FRANCIS HEALTH SERVICES, INC. d/b/a ST. JAMES HOSPITAL AND HEALTH CENTERS, an Indiana corporation,<br><br>Defendant. | Case No. 16 cv 07760<br><br>Judge : Hon. Rebecca R. Pallmeyer |

## STIPULATION TO DISMISS WITH PREJUDICE

Now comes the Plaintiff-Counterdefendant Optimus Hospitalists & Pediatric Subspecialists, Ltd. d/b/a Midwest Neoped Associates, Ltd. (hereinafter "Optimus") by its attorneys Robert M. Winter, Teresa Minnich of Robbins DiMonte, Ltd. and the Defendant-Counterplaintiff Franciscan Alliance, Inc. d/b/a Franciscan St. James Health f/k/a Sisters of St. Francis Health Services, Inc. d/b/a St. James Hospital and Health Centers (hereinafter "Franciscan") and, pursuant to a settlement of all claims between the parties, jointly stipulate to the dismissal with prejudice of the Complaint of Optimus and the Counterclaim of Franciscan, so that all matters in controversy and all claims brought in this case are settled, compromised and dismissed.

Agreed:

_____
Robert M. Winter
Attorney for Optimus
Robbins DiMonte, Ltd.
180 North LaSalle Street, Suite 3300
Chicago IL 60601
T: (312) 456-0374
F: (312) 782-6690
E: rwinter@robbinsdimonte.com
Date: 3/22/22

Agreed:

_____
Daniel J. Broderick, Jr.
Attorney for Franciscan
Cassiday Schade LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606-5312
T: (312) 444-1612
F: (312) 444-1669
E: dbroderick@cassiday.com
Date: 3-22-22

#4173548v1